JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA VON NEITSCH, | Case No. 2:25-cv-07162-MCS-AGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DANIEL E NAYSAN DDS, M NAYSSAN DDS INC dba BEDFORD DENTAL GROUP, DOES 1-10, | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Case for Lack of Subject-Matter Jurisdiction, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: August 20, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE